IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

CARLOS JUAN FUENTES BAEZ

DEBTOR

CASE NO. 18-04502 ESL

CHAPTER 13

### *APPLICATION FOR LEAVE TO RETAIN SPECIAL COUNSEL*

TO THE HONORABLE COURT:

**COMES NOW, CARLOS JUAN FUENTES BAEZ,** the Debtor in the above captioned case, through the undersigned attorney, and respectfully states and prays as follows:

1. The Debtor desires and requires the employment of Aurea M. Aviles Gaudier, Esq., as Counsel, in order to litigate a civil case for liquidation of conjugal partnership property in the First Instance Court of Puerto Rico Bayamon Superior Part.

2. The Debtor believes that it would be in the best interests of all parties that Aurea M. Avilés Gaudier, Esq., represent the Debtor in the above described matter filed at the First Instance Court of Puerto Rico Bayamon Superior Part. The Debtor feels that Aurea M. Avilés Gaudier, Esq. is qualified to render the foregoing services.

3. The professional services that Aurea M. Avilés Gaudier, Esq., would perform are summarized as follows:

   a) To prepare motions, pleadings, and other legal documents necessary in the litigation of any claims in favor of the Debtor.

   b) To represent the Debtor in any negotiations with defendant.

   c) To render legal counseling, legal opinions, prepare legal documents when deemed necessary and/or advisable, as these may relate to any claims

initiated against the defendant or in favor of the Debtor.

4. Based upon the Declaration attached hereto and marked as Exhibit #1, the Debtor believes that Aurea M. Avilés Gaudier, Esq. does not hold or represents any interests adverse to the Debtor or the Debtor's estate and is a disinterested person within the meaning of 11 U.S.C. §101(14); and to the best of the Debtor's knowledge, this attorney is not related or otherwise connected with the Debtor, Debtor's counsel or the United States Trustee, or any person employed by the Office of the United States Trustee, or any other party in interest.

5. The Debtor has been informed that the normal billing rate of said attorney in this case is $100.00 per hour and $300.00 for Court appearances, plus any reimbursement of outstanding costs and expenses.

6. The Debtor discussed with Aurea M. Avilés Gaudier, Esq. her availability to be employed as special counsel in this case and to perform the services required.

7. Aurea M. Avilés Gaudier, Esq., has no claim against the estate for prior services and there are no outstanding bills or invoices to be paid to her.

8. Aurea M. Avilés Gaudier, Esq., also discloses that she has no agreement to share compensation or reimbursement to be received in this case with any person or entity, that I will amend this statement immediately upon the learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto, and that I have reviewed the provisions of LBR 2016-1.

**WHEREFORE** it is respectfully requested that the Debtor be authorized to employ

Aurea M. Avilés Gaudier, Esq., as case lead Counsel, to render the services as described in

the foregoing application, with compensation to be paid on an hourly basis.

## NOTICE

**You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I HEREBY CERTIFY** that this motion was filed with the Court using the CM/ECF

filing system which will send notice of same to all CM/ECF participants, including the

Chapter 13 Trustee and the US Trustee's Office; I also certify that a copy of this motion has

been sent to creditors and all parties in interest (non CM/ECF participants) as per matrix

attached.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 13th day of August, 2020.

/s/Aurea M. Aviles Gaudier
AUREA M. AVILES GAUDIER, ESQ.
RUA No. 18,381
San Gerardo 308 Nevada
SAN JUAN PR 00926
EMAIL: avilesgaudier_aurea@yahoo.com

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA-CARRASQUILLO
USDC-PR #203614
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
COUNSEL FOR DEBTORS
PO BOX 186 CAGUAS, PR 00726
TEL NO 787-744-769; 787-963-7699
FAX NO 787-746-5294
EMAIL rfc@rfigueroalaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

CARLOS JUAN FUENTES BAEZ

CASE NO. 18-04502 ESL

CHAPTER 13

DEBTOR

## DECLARATION

I, AUREA M. AVILES GAUDIER, Esq., declare:

1. That I am an attorney duly admitted to practice before all the Courts of the Commonwealth of Puerto Rico.

2. That I am the attorney for the Debtor in a civil case for liquidation of conjugal partnership property that was filed at the First Instance Court of Puerto Rico Bayamon Superior Part and I am the attorney the Debtor is seeking to employ by the application to which this Declaration is attached as Exhibit #1.

3. That I have experience in general civil law and civil litigation and I am qualified to represent the Debtor as counsel, and I am willing to accept employment on the basis set forth in the annexed application.

4. That my office is located at San Gerardo 308 Nevada Street San Juan PR 00926.

5. That to the best of my knowledge I hold no interest adverse to the above entitled estate and I am a disinterested person as defined in 11 U.S.C. §101(14), nor am I, to the best of my knowledge, related or otherwise connected with the Debtor, the United States Trustee, the Debtor's counsel or any person employed by the Office of the United States Trustee other party in interest.

6. That there is no agreement to share any compensation or reimbursement to be received by any person or entity, that I will amend this statement immediately upon the learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto, and that I have reviewed the provisions of LBR 2016-1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 11ᵗʰ day of August, 2020.

/s/*Aurea M. Aviles Gaudier*
AUREA M. AVILES GAUDIER, ESQ.
RUA No. 18,381
ADDRESS: San Gerardo
308 Nevada Street San Juan PR 00926
PHONE: 787-599-8917
EMAIL: avilesgaudier_aurea@yahoo.com

# AUREA M. AVILES GAUDIER
Attorney at Law

## PROFILE

**Duly authorized and admitted to practice as an attorney and as a notary public in Puerto Rico, RUA # 18381** / Dedicated, professional attitude, mature, and willing to work / Strong analytical, writing and research skills / Works well under pressure end enjoys challenging projects / Equally effective working independently or collaboratively / Diligent, punctual and extremely well organized / Enthusiastic and committed to assume responsibility / Self-starter, highly motivated and goal oriented / Strong knowledge in legal programs: *Lexis-Nexis, Westlaw, Microjuris, Lex Juris and Internet* research systems / Computer skills: Knowledge in MS Word, MS Excel, MS PowerPoint, Email programs, among other.

## PROFESSIONAL EXPERIENCE

**Attorney at law; Notary Public, Self employed**                        2011-Present
- Civil, Family, Criminal, Corporate, Labor and Administrative Law
- Adviser and consultor on civil, family, labor, administrative and corporate law
- Mentoring law students on classes
- Deeds, contracts, afidavits, and all type of notarized documents

**Legal Secretary**                                                                       2005- 2010
*Bufete Legal Albizu & Albizu.*
- Drafted legal documents; Prepared notarial documents; wrote memos and letters.
- Organized and maintained files; placed phone call requests; in charge of other clerical duties; Scheduled attorneys' agenda for meetings, conferences and different events.
- Provided customer service to clients.

**Internship Practice in Labor Relations**                                    Summer 2006
*Autoridad Metropolitana de Autobuses*
- Provided support in industrial relations area; Researched and examined employees' complaints and claims; Participated in the Grievance Committee; Interviewed witnesses of cases.

**Administrative Assistant**                                                          2005
*Hector Arce Arquitectos*
- Provided support to Accounting, Human Resources and Administration Departments.

**Teacher Assitant**                                                                    2001-2004
*YMCA of San Juan*
- Provided care and imparted primary education to a group of ten kids, ages two to four years.

## EDUCATION

**Interamerican University School of Law**                            December, 2010
*Juris Doctor. GPA: 3.34 **Cum Laude***
*Member of National Association of Law Students*

**University of Puerto Rico, Rio Piedras Campus.**              June, 2006
BBA in Labor Relations. GPA: 3.45 ***Cum Laude***.
Member of the Golden Key Honor Society

References: Available upon request

Telephone: (787) 599-8917 or (787) 396-9560
Mailing Address: San Gerardo, Nevada Street #308, San Juan PR 00926
avilesgaudier_aurea@yahoo.com

Label Matrix for local noticing
0104-3
Case 18-04502-ESL13
District of Puerto Rico
Old San Juan
Thu Aug 13 12:58:56 AST 2020

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

CARMEN ROSA MONTANEZ MATOS
C/O LCDO. RAUL MUNOZ GONZALEZ
PO Box 640
Caguas, PR 00726-0640

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

Metro Avanti Properties, Inc.
51 Calle Alhambra
San Juan, PR 00917-3002

PREPA - BANKRUPTCY OFFICE
PO BOX 364267
SAN JUAN PR 00936-4267

Pavia & Lazaro PSC
Lcdo. Gerardo Pavia Suarez
PO Box 9746
San Juan, PR 00908-0746

CARLOS JUAN FUENTES BAEZ
COND COCO MAR
APTO 407 AMAPOLA ST
CAROLINA, PR 00985

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CARMEN ROSA MONTANEZ MATOS
C/O LCDO. RAUL MUNOZ GONZALEZ
PO BOX 640
CAGUAS, PR 00726-0640

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13